PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Walter Owens                                         Cr.: 02-00704-001
                                                                       PACTS #: 34063

Name of Sentencing Judicial Officer: Honorable Garrett E. Brown, Chief United States District Court Judge

Date of Original Sentence: 05/10/03

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence: 108 months imprisonment to be followed by 3 years supervised release with the following special conditions: Alcohol Abstinence, Drug Testing and Treatment, and Financial Disclosure

<u>Type of Supervision: Supervised Release</u>                    <u>Date Supervision Commenced: 07/30/10</u>

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

<u>Violation Number</u>    <u>Nature of Noncompliance</u>

1                        On August 25, 2012, the offender was arrested and charged with Driving Under the Influence, Reckless Driving, and Unsafe Lane Change by officers from the Hamilton Police Department.

U.S. Probation Officer Action:

The probation office has been in constant communication with the offender since the time of his arrest. At the present time, the offender has obtained an attorney to represent him in this matter as he intends to argue his innocence in the case. The matter remains pending to date. Should the offender be found guilty of anything more serious than the minor traffic violations, the Court will be immediately notified and a modification or sanction will be requested at that time.

Respectfully submitted,

By: Shawn Marie Leakan
U.S. Probation Officer
Date: 01/29/13

PROB 12A - Page 2
Walter Owens

✓ *No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

_____
02/14/13
Date