PROB 12B
(7/93)

RECEIVED

MAY 22 2013

AT 8:30_____M
WILLIAM T. WALSH CLERK

## United States District Court
### for
### District of New Jersey

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Walter Owens      Cr.: 02-00704-001
PACTS Number: 34063

Name of Sentencing Judicial Officer: The Honorable Garrett E. Brown, Chief United States District Court Judge, reassigned to the Honorable Freda L. Wolfson, United States District Court Judge on February 15, 2013.

Date of Original Sentence: 05/19/03

Original Offense: Felon in Possession of a Weapon, 18 U.S.C. § 922(g)(1)

Original Sentence: 108 months imprisonment to be followed by 3 years of supervised release with the following special conditions: Alcohol Abstinence, Drug Testing/Treatment, Financial Disclosure, $2,500 Fine, and $100 Special Assessment

Type of Supervision: Supervised Release      Date Supervision Commenced: 07/30/10

### PETITIONING THE COURT

[ ]  To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

COMMUNITY SERVICE  (60 hours over 5 months)

You shall contribute 60 hours of community service work over a period of 5 months or less, from the date this modification is signed. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

### CAUSE

As an alternative to a more punitive sanction for this offender's new charge of Driving Under the Influence, the probation office has taken into consideration this offender's particular circumstances and compliance with his probation thus far and recommends that the above modifications be made to both address this offender's noncompliance and his poor judgment as it relates to his alcohol use. In addition, as a part of his condition of "Alcohol/Drug Testing and Treatment" previously imposed, the probation officer will also supervise the offender's compliance and progress with the Substance Abuse Workbook which will be provided to him.

PROB 12B - Page 2
Walter Owens

Respectfully submitted,

By: Shawn Marie Leakan
U.S. Probation Officer
Date: 05/09/13

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] Other

_____
Signature of Judicial Officer

5/22/13
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

COMMUNITY SERVICE   (60 hours over 6 months)

You shall contribute 60 hours of community service work over a period of 5 months or less, from the date supervision commences. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

Witness: _____  Signed: _____
U.S. Probation Officer                        Probationer or Supervised Releasee
Shawn Marie Leakan                          Walter Owens

_____5/21/2013_____
/DATE